UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J., | No. C-13-5770 EMC |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL** |
| CITY & COUNTY OF SAN FRANCISCO, *et al.*, | |
| Defendants. | |

Because Defendants Patricia Moore, Robert Moore, and Coi Moore have requested and are in need of counsel to them in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Melissa A. Dubbs and Alex Vahdat of Carlson, Calladine & Peterson LLP are hereby appointed as counsel for Patricia Moore, Robert Moore, and Coi Moore in this matter.

The scope of this referral shall be for:

☐ all purposes for the duration of the case

■ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ■ settlement conference

///

///

///

☐    briefing ☐ and hearing on the following motion (*e.g.*, motion for summary judgment or motion to dismiss):

_____

_____

☐    discovery as follows:

_____

_____

☐    other:

_____

_____

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: May 2, 2014

_____
EDWARD M. CHEN
United States District Judge