```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  CHERYL ADAMS, State Bar #164194
    Chief Trial Deputy
 3  MARK D. LIPTON, State Bar #152864
    Deputy City Attorney
 4  Fox Plaza
    1390 Market Street, 6th Floor
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-4218
 6  Facsimile:    (415) 554-3837
    E-Mail:       mark.lipton@sfgov.org
 7
    Attorneys for Defendants
 8  CITY AND COUNTY OF SAN FRANCISCO
    KATHERINE GADDESS, MAYRA GOMEZ,
 9  ANGELA RAMOS, LARISA ROSTRAN-NAVARRO,
    MARIA SANCHEZ, AND CARMEN VILLEGAS-GRANT
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. a minor, by and through her guardian ad litem, CHANTEL JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SAN MATEO, PATRICIA MOORE, ROBERT MOORE, COI MOORE, FOSTER FAMILY HOME AND SMALL FAMILY HOME INSURANCE FUND, MAYRA GOMEZ, MARIA SANCHEZ, LARISA ROSTRAN-NAVARRO, ANGELA RAMOS, CARMEN VILLEGAS-GRANT, KATHERINE GADDES, BERNADETTE WOODS, MATTHEW RADISCH, and DOES 12 through 100, inclusive,<br><br>Defendants. | Case No. 13-cv-5770 EMC (JSC)<br>Second<br>**AMENDED STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

Plaintiff A.J. a minor, by and through her guardian ad litem, CHANTEL JOHNSON and

Defendants CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SAN MATEO, PATRICIA

MOORE, ROBERT MOORE, COI MOORE, MAYRA GOMEZ, MARIA SANCHEZ, LARISA

1  ROSTRAN-NAVARRO, ANGELA RAMOS, CARMEN VILLEGAS-GRANT, KATHERINE
2  GADDES, BERNADETTE WOODS, MATTHEW RADISCH, by and through their attorneys of
3  record, hereby stipulate and agree to continue the settlement conference in this matter from September
4  19, 2014 to a date after October 16, 2014, as discovery was not completed due to scheduling conflicts
5  among witnesses and lawyers.  The parties agree that a settlement conference without the completed
6  discovery would not be productive.

7      IT IS SO STIPULATED.

Dated:  September 16, 2014        DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARK D. LIPTON
Deputy City Attorney


By:       */s/ Mark Lipton*
MARK D. LIPTON

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.


Dated:  September 16, 2014        SAN MATEO COUNTY COUNSEL


By:       */s/ Judith Ann Holiber*
JUDITH ANN HOLIBER

Attorneys for Defendants
SAN MATEO COUNTY, ET AL.


Dated:  September 16, 2014        SINGLETON LAW FIRM, APC


By:       */s/ Gerald Singleton*
GERALD SINGLETON

Attorneys for Plaintiff
A.J., A MINOR

1
2  Dated:  September 16, 2014			CARLSON, CALLADINE & PETERSON
3
4						By:_____*/s/ Melissa Dubbs*_____
5						    MELISSA DUBBS
6						Attorneys for Defendants
						PATRICIA MOORE, ROBERT MOORE, COI MOORE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### [~~PROPOSED~~] ORDER

Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:

The Settlement Conference set for September 19, 2014 is hereby vacated.

The Settlement Conference is rescheduled to _____.

Settlement Conference statements will now be due on _____.

The deadline for the parties to complete a settlement conference in this case is hereby extended until and including _____.

PURSUANT TO STIPULATION, IT IS SO ORDERED. Settlement conference is to be completed by 11/14/14.  Parties shall contact Magistrate Judge Corley for a new settlement conference date.  The Further CMC is reset from 10/9/14 to 12/4/14 at 10:30 a.m.  An updated joint CMC Statement shall be filed by 11/28/14.

Dated:  9/17/14

Dated: _____     _____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*